636 A.2d 517

STATE OF NEW JERSEY v. JOSEPH EIGENMANN.

December 9, 1993.

Petition for certification is granted, and the matter is summarily remanded to the Appellate Division for consideration of the double jeopardy issue on the merits.